IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY, | No. 2:18-CV-2787-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SHAFER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an independent mental examination (ECF No. 13). Plaintiff's motion is denied as premature because no answer to plaintiff's complaint has been filed and, as such, the case is not yet at issue. Upon the filing of an answer, the court will set a schedule for this case after which the parties may conduct discovery and plaintiff may renew his motion.

IT IS SO ORDERED.

Dated: June 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1