IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>          Plaintiff,<br><br>     v.<br><br>JENNIFER SHAFER, et al.,<br><br>          Defendants. | No.  2:18-CV-2787-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. Final judgment was entered on September 25, 2019, and this matter was closed. *See* ECF No. 42. Plaintiff appealed. *See* ECF No. 45.

The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith, in which case in forma pauperis status would be revoked. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Having reviewed the entire file, the court concludes in forma pauperis status should be revoked because the appeal is frivolous for the reasons outlined in the Court's July 1, 2019, findings and recommendations and September 25, 2019, order.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status should be revoked; and
2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED:  April 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE